# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | | |
|---|---|---|---|
| Honorable | Bruce W. Black | Hearing Date | May 4, 2006 |
| Bankruptcy Case No. | 05 B 35072 | Adversary No. | |
| Title of Case | Mary Rita Flanagan | | |

**Brief Statement of Motion:** Confirmation Hearing

**Names and Addresses of moving counsel:**

**Representing:**

## ORDER

Denied as moot.

*/s/ Bruce W. Black*

6/11/99