## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | : | Case No.  05-35072 |
| | : | Chapter 11 |
| MARY RITA FLANAGAN | : | Judge BRUCE W. BLACK |
| | : | |
| | : | |
| Debtor | : | |

**Final Report and Account, Schedule of Unpaid Debts Post-Commencement**

1. Debtor reports that there are no unpaid debts incurred after commencement of this case.

2. All property and records of the estate are in the control of the U.S. Trustee and the Chapter 7 trustee.

3. Debtor has collected no funds of the estate not previously reported in her operating statements and has collected no assets of the estate except those previously reported in the schedule of assets originally filed in this case.

Dated: June 14, 2006

    Debtor

    By: /s/__John Ellsworth_____

    Attorney for Debtor

John Ellsworth
JOHN ELLSWORTH LAW OFFICES
2637 N. 65th Street
Wauwatosa, WI  53213
630-415-9515

### NOTICE OF SERVICE

John Ellsworth, an attorney, states that a copy of the foregoing was served by fax and email on the U.S. Trustee this 14th day of June, 2006 and a copy mailed this 14th day of June to the office of the U.S. Trustee at 227 W. Monroe, Suite 3350, Chicago, IL 60606 by U.S. mail.

    By: /s/__John Ellsworth_____