# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE:<br>FLANAGAN, MARY RITA<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 05-35072 BL<br><br>JUDGE Bruce W. Black(Joliet) |

## TRUSTEE'S APPLICATION FOR COMPENSATION AND EXPENSES

TO:   HONORABLE Bruce W. Black
      BANKRUPTCY JUDGE

NOW COMES MICHAEL G. BERLAND, Trustee herein, pursuant to 11 U.S.C. §330, and requests $4,993.87 as compensation, $0.00 of which has previously been paid, and $91.40 for reimbursement of expenses, $0.00 amount of which has previously been paid.

### I. COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $42,438.66. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of first $5,000.00 | $ 1,250.00 | ($1,250.00 maximum) |
| 10% of next $45,000.00 | $ 3,743.87 | ($4,500.00 maximum) |
| 5% of next $950,000.00 | $ 0.00 | ($47,500.00 maximum) |
| 3% of balance | $ 0.00 | |
| TOTAL COMPENSATION | $ 4,993.87 | |

### II. TRUSTEE'S EXPENSES

| | |
|---|---|
| Trustee's Bond | $ 91.40 |

**EXHIBIT E**

TOTAL EXPENSES $ 91.40

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Executed this 17th day of March, 2008

/s/Michael G. Berland
SIGNATURE
MICHAEL G. BERLAND, Trustee
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL 60602
Telephone # (312) 855-1272

**EXHIBIT E**

TRUSTEE TIME

Open bank accounts and prepare necessary tax documents. Inputting of asset and disbursement information during course of administration of case, preparation of disbursement checks, request for tax payer identification number, review of schedules and conducting of first meeting of creditors(estimated)......2.5

Inputting of information in connection with receipt of 1 payments, transmission of deposit slips and check to Chase Bank, and maintenance of cash receipt log..........................1.00

Review of 20 bank statements, reconcile, and approve same(0.3)..................................................6.0

Preparation of 3 letters, fax memorandums and emails during administration of case(.03)....................................0.90

Review of 5 letters, fax memorandums and emails during the course of the administration of the estate in connection with obtaining assets and tax return(0.2)..................................1.0

Prepare 3 annual review reports to Untied States Trustees Office for this case................................................0.90

Estimated: Preparation of Final Report and attachments, Trustee tasks, costs, and review of all claims filed in bankruptcy court in case. Preparation of new Distribution Report and subsequent electronic filing of Distribution Report and Final Report
..................................................... 5.0

Estimated: Appearance in court in for hearing on Final Report. Prepare Final Distribution Report after hearing.  Prepare and send checks to creditors with letters. Prepare Final Account................................................5.0

7/12/06-Prepare Motion To Compromise Interest in Certain Property, Notice to creditors, Notice of Motion, Order. Send notice to all creditors...................................2.0

7/28/06-Court appearance in connection with Motion To Compromise Interest In Certain Property (including travel time to and from Joliet).............................................,,......3.20

3/14/08-Prepare Motion To Strike LaSalle claim, Notice of motion Order........................................................1.0

3/14/08- Court appearance (including travel time to and from Joliet) in connection with Motion To Strike..................3.20

```
Total Hours:32.7
Trustee fee:$4993.87
```

Pro-rata share of bond premium

2005-2007 $91.40 (based on $42,000)