UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 Case |
| | ) | |
| Mary Rita Flanagan, | ) | Case No. 05 - 35072 |
| | ) | |
| Debtor. | ) | Judge Bruce W. Black |

### NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtors, Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

     At:   U.S. Bankruptcy Court
           Will County Court Annex Building
           57 North Ottawa Street, Courtroom 201
           Joliet, Illinois 60432

     On:   **May 30, 2008**

     at:   **9:15 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as my be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:
   a.  Receipts                              $42,438.66
   b.  Disbursements                         $     0.00
   c.  Net Cash Available for Distribution   $42,438.66

4. Applications for Chapter 7 fees and administrative expenses have been filed as followed:

| Applicant | Compensation Previously Paid | Fees Now Requested | Exp Now Requested |
|---|---|---|---|
| Trustee Fees & Expenses | $0 | $4,993.87 | $91.40 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

**Applicant     Compensation Previously Paid  Fees Now Requested     Expenses**
N/A

6. In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $0 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0%.

    Allowed Priority Claims are:

**Claim Number       Claimant    Allowed Amt of Claim    Proposed Payment**
N/A

7. Claims of general unsecured creditors totaling $74,500.15 been allowed and will be paid *pro rata* after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 50.14%.

    Allowed general unsecured claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | eCAST Settlement Corporations | $13,897.83 | $ 6,968.19 |
| 3 | Discover Bank/Discover Financial Services | $ 6,277.49 | $ 3,147.45 |
| 4 | Recovery Management Systems Corp | $ 3,368.41 | $ 1,688.88 |
| 5 | Recovery Management Systems Corp | $ 1,374.70 | $   689.26 |
| 6 | People's Bank | $ 4,759.07 | $ 2,386.13 |
| 7 | Recovery Management Systems Corp | $ 1,992.25 | $   998.89 |
| 8 | MBNA America Bank NA | $42,830.40 | $21,474.59 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 South Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, www.ilnb.uscourts.gov. If no objections are filed, the Court will act on the applications and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtors has been discharged.

10. The Trustee does not propose to abandon the following property at the hearing:

Dated: **April 29, 2008**                                        For the Court,

                                                       By:

**KENNETH S. GARDNER**
Kenneth S . Gardner
Clerk of the United States Bankruptcy Court
219 South Dearborn Street, 7th Floor
Chicago, IL 60604

Trustee:    **Michael G Berland**
**1 N LaSalle St, No.1775**
**Chicago, IL 60602**
**(312) 855-1272**

# CERTIFICATE OF SERVICE

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

```
District/off: 0752-1            User: amcc7                  Page 1 of 1              Date Rcvd: Apr 29, 2008
Case: 05-35072                  Form ID: pdf002              Total Served: 24

The following entities were served by first class mail on May 01, 2008.
dbpos        +Mary Rita Flanagan,   15646 Parkside Dr,   Homer Glen, IL 60491-9083
aty          +John Ellsworth,   John Ellsworth Law Offices,   929 S. 111th Street,   West Allis, WI 53214-2336
tr           +Michael G Berland,   1 N LaSalle St, No.1775,   Chicago, IL 60602-4065
9768970       Bank One,   POB 8650,   Wilmington, DE 19899-8650
9768969      +Bank of America,   Pob 1597,   Norfolk, VA 23501-1597
9943422      +Chase Bank USA, N.A.,   c/o Weinstein & Riley, P.S.,   2101 4th Ave, Ste 900,
               Seattle, WA 98121-2339
9768971       Chase Platinum Mastercard,   POB 52126,   Phoenix, AZ 85072-2126
9768972       Citi Cards,   POB 6416,   The Lakes, NV 88901-6416
9768973    +++Citi Mortgage Inc,   c/o McCalla Raymer etal,   Bankruptcy Department,   1544 Old Alabama Road,
               Roswell, GA 30076-2102
9768976       LaSalle Bank FSB,   Dept. 8135,   135 South LaSalle Street,   Chicago, IL  60674-8135
10476147     +LaSalle Bank, N.A.,   4747 W Irving Park Road,   Chicago, IL 60641-2791
9768978       MBNA America,   POB 15137,   Wilmington, DE 19886-5137
10959072     +MBNA America Bank N A,   Mailstop DE5-014-02-03,   Pob 15168,   Wilmington, DE 19850-5168
9768977       Mbga/jc Penney,   POB 960001,   Orlando, FL 32896-0001
9768979      +Monogram Bank N America,   Pob 17054,   Wilmington, DE 19884-0001
9768980      +People's Bank,   POB 10311,   Stamford, CT 06904-2311
10831854      People's Bank,   850 Main Street,   Bridgeport, CT 06604-4904
9768981       QCard,   POB 17602,   Baltimore, MD  21297-1602
10832804     +Recovery Management Systems Corporation,   For GE Money Bank,   dba QVC,   25 SE 2nd Ave Ste 1120,
               Miami FL 33131-1605
10812560     +Recovery Management Systems Corporation,   For GE Money Bank,   dba JCPenney,
               25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
10812561     +Recovery Management Systems Corporation,   For GE Money Bank,   dba WAL-MART,
               25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
10840349      eCAST Settlement Corporation,   POB 35480,   Newark NJ 07193-5480

The following entities were served by electronic transmission on Apr 30, 2008.
10802667      E-mail/PDF: mrdiscen@discoverfinancial.com Apr 30 2008 04:03:08
               Discover Bank/Discover Financial Services,   PO Box 8003,   Hilliard OH 43026
9768974       E-mail/PDF: mrdiscen@discoverfinancial.com Apr 30 2008 04:03:08     Discover Platinum Card,
               POB 30395,   Salt Lake City, UT  84120-0395
9768977       E-mail/PDF: gecsedi@recoverycorp.com Apr 30 2008 03:54:05     Mbga/jc Penney,   POB 960001,
               Orlando, FL  32896-0001
10832804     +E-mail/PDF: rmscedi@recoverycorp.com Apr 30 2008 03:54:40
               Recovery Management Systems Corporation,   For GE Money Bank,   dba QVC,
               25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
10812560     +E-mail/PDF: rmscedi@recoverycorp.com Apr 30 2008 03:54:19
               Recovery Management Systems Corporation,   For GE Money Bank,   dba JCPenney,
               25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
10812561     +E-mail/PDF: rmscedi@recoverycorp.com Apr 30 2008 03:54:52
               Recovery Management Systems Corporation,   For GE Money Bank,   dba WAL-MART,
               25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
                                                                                                TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
9768975       husband
                                                                                               TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: May 01, 2008**              **Signature:** _Joseph Speetjens_